UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20210-CR-LENARD/GOODMAN

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**SIRTAJ "TOSH" MATHAUDA,**

        Defendant,

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 434)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 434), issued on August 1, 2014, recommending that the following ECF Nos. be denied without prejudice: 414; 416; 419; 421.  Objections to the Report were filed on 8/6/14 D.E. 435.  A hearing was held on 8/12/14, and subsequent to the hearing, a Notice of Withdrawal of Objections was filed on 8/14/14.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 434) issued on August 1, 2014, is **ADOPTED**.

2. Defendant's Motion to Seek evidentiary Hearing, D.E. 414 is Denied without prejudice;

3. Defendant's Renewed Motion for Bond, D.E. 416 is Denied without

    prejudice;

4.    Defendant's Motion for Request to Grant Evidentiary Hearing and Bond Hearing, D.E. 419 is Denied without prejudice;

5.    Defendant's Motion for New Trial Based on Newly Discovered Evidence, D.E. 421 is Denied without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of August, 2014.

*(signature)*
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE